UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                    Chapter 13

Erin McGoldrick,                                              Case No.: 8-21-72260-AST

                               Debtor.
-------------------------------------------------------X

## ORDER AUTHORIZING TRUSTEE TO MAKE
## A PRE-CONFIRMATION PAYMENT TO SECURED CREDITOR

       UPON the motion (the "Motion") of the debtor, Erin McGoldrick ("Debtor"), for entry of

an order authorizing the Trustee to make a pre-confirmation lump sum payment of thirty three

thousand ($33,000) dollars (the "Lump Sum Payment") to Rushmore Loan Management Services

("Rushmore"), the servicer for U.S. Bank, National Association, not in its individual capacity, but

solely as Trustee for RMS Series Trust 2020-1, a secured creditor in this proceeding, required by

Rushmore as part of a trial payment plan offered to the Debtor (the "Trial Payment Plan"); and it

appearing that notice of the Motion was good and sufficient and no objections having been filed;

and after due deliberation and sufficient cause appearing therefor; it is hereby

       **ORDERED**, that Krista M. Preuss, the Chapter 13 Trustee, shall disburse, as soon as

practicable, $33,000.00 made payable to Rushmore Loan Management Services LLC, account

ending in 0153 with an address of 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618,

Attn: Home Retention Department; and it is further

       **ORDERED**, that the Debtor, is authorized to pay the sum of $60,000.00 directly to

Rushmore Loan Management Services, LLC, account ending in 0513 with an address of 15480

Laguna Canyon Road, Suite 100, Irvine, CA 92618.

NO OBJECTION:
*/s/ Hanin R. Shadood*
Hanin R. Shadood, Esq.
Staff Attorney for the
Chapter 13 Trustee, Krista M. Preuss



Dated: October 28, 2022
    Central Islip, New York

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**